UNITED STATES DISTRICT COURT
District of Massachusetts

**GEORGE LOGUE,**

Plaintiff,

v.

Case No.: 04-11779-RCL

**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

Defendant.

### FED. R. CIV. P. 7.1(A) DISCLOSURE STATEMENT

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies pursuant to Federal Rule of Civil Procedure 7.1(a) that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The parent company of Experian is GUS, PLC ("GUS").

2. Subsidiaries Not Wholly Owned: Experian does not have any subsidiaries which fall into this category.

3. Publicly Held Companies: GUS owns 100 percent of Experian. GUS is publicly traded on the London Stock Exchange.

F:\docs\ExperiL\ExperiL.001

Dated: November 23, 2004

                                                    Respectfully submitted,

                                                    _____
                                                    Robert S. White, Esq. BBO#552229
                                                    Bourgeois, Dresser, White & Beard
                                                    4 Dix Street
                                                    Worccester, MA 01609

Christine E. Jennings, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3732
Facsimile: (212) 755-7306

                                                    Attorneys for Defendant Experian Information
                                                    Solutions, Inc.

## CERTIFICATE OF SERVICE

I, Robert S. White, hereby certify that on November 23, 2004, a true and correct copy of DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S Fed. R. Civ. P. 7.1(a) DISCLOSURE STATEMENT was sent via regular mail to:

Mr. George Logue
General Delivery
Boston, MA 02205

*Plaintiff Pro Se*

_____
Robert S. White

F:\docs\ExperiL\ExperiL.001