UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE LOGUE,

Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

Defendant.

Case No.: 04-11779-RCL

## LOCAL RULE 16.1 CERTIFICATION

The undersigned certify that, pursuant to Local Rule 16.1(D)(3), the authorized representative of Experian Information Solutions, Inc. conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of this litigation, and have considered the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

Dated: January 5, 2005

By: _____
Ann Sterling
Experian Information Solutions, Inc.
475 Anton Blvd.
Costa Mesa, California 92626

By: _____
Christine E. Jennings, *admission pro hac vice pending*
Jones Day
222 E. 41st Street
New York, New York 10017

By: _____
Robert S. White (BBO#552229)
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609

NYI-2175856v1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 6th day of January, 2005, to:

>George Logue
>General Delivery
>Boston, MA 02205
>*Plaintiff Pro Se*

_____
Christine E. Jennings