## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

GEORGE LOGUE,

      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendant.

Case No.: 04-11779-RCL

FILING FEE PAID:
RECEIPT =
AMOUNTS
BY ΕΡΤΥ CLK
DATE

### MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the

District of Massachusetts ("Local Rules"), Experian Information Solutions, Inc. ("Experian"), by

its Attorney, Robert S. White, moves this Court to admit Attorney Christine E. Jennings of Jones

Day, 222 East 41st Street, New York, NY 10017-6702, to appear, defend and practice in this

case as co-counsel on behalf of Experian.

Attorney Jennings is a member in good standing of the Bar of the State of New York and

the United States District Courts for the Southern, Eastern, and Western Districts of New York.

There are no disciplinary proceedings pending against Attorney Jennings in any jurisdiction.

Attorney Jennings is familiar with the Local Rules of this Court.

WHEREFORE, Experian respectfully requests that this Court admit Attorney Christine

E. Jennings to appear, defend and practice in this case as co-counsel on behalf of Experian.  In

support of this Motion, Experian submits the Affidavit of Christine E. Jennings.

Respectfully submitted,

EXPERIAN INFORMATION SOLUTIONS, INC.
By its Attorney:

Robert S. White (BBO#552229)
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Telephone: 508-798-8801
Fax: 508-754-1943

Dated: January 5, 2005

- 2 -

## CERTIFICATE OF SERVICE

Robert S. White, a lawyer admitted to the bar of this Court, certifies and declares under

penalty of perjury that on January _5_, 2005, he caused the foregoing motion to be served by first-

class U.S. mail, properly addressed, to the following:

> George Logue
> General Delivery
> Boston, MA 02205
> *Plaintiff Pro Se*

_____
Robert S. White