UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE LOGUE,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

Case No.: 04-11779-RCL

## AFFIDAVIT OF CHRISTINE E. JENNINGS IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

STATE OF NEW YORK   )
                               )
COUNTY OF NEW YORK )

Christine E. Jennings, being duly sworn, states as follows:

1. I am an Associate in the law firm of Jones Day, 222 East 41st Street, New York, NY 10017-6702.

2. I am admitted to practice before the Courts listed below and I am currently a member in good standing of all these Courts: the State of New York, and the United States District Courts for the Southern, Eastern, and Western districts of New York. A Certificate of Good Standing, dated January 4, 2005 is annexed to this Affidavit.

3. I have never been censured, suspended, disciplined or disbarred by any Court.

4. I have never been held in contempt of Court.

5. I do not have any disciplinary action, contempt or other proceedings involving me pending before any Court.

NYI-2175645v1

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. The basis for my admission is that, although I am not a member of the Bar of this Court, my firm is the counsel of choice for Experian Information Solutions, Inc. ("Experian"), a Defendant in the above captioned matter. Local counsel will be Robert S. White, Esquire, BOURGEOIS, DRESSER, WHITE, & BEARD, 4 Dix Street, Worcester, Massachusetts 01609.

*Christine E. Jennings*
Christine E. Jennings
JONES DAY
222 East 41st Street
New York, NY 10017-6702

Sworn and subscribed to, before me,

on January 4, 2005.

Notary Public
My Commission Expires: 11/24/05

ANDREA T PAYNE
Notary Public, State of New York
No. 01PA5088682
Qualified in Queens County
Certificate Filed in New York County
My Commission Expires 11/24/05

NYI-2175645v1

SDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____ , Clerk of this Court, certify that

__CHRISTINE   ELIZABETH   JENNINGS__, Bar # _____CJ6850_____

was duly admitted to practice in this Court on

__AUGUST   13ᵗʰ,  2002__ , and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street
New York, New York__   on   __JANUARY  4ᵗʰ,  2005__

__J. MICHAEL McMAHON__
Clerk

by: _____
Deputy Clerk