UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | Case No. 04-11779-RCL |
| v. | MOTION FOR RELIEF |
| Experian, Inc. | |
| Defendant | |

Comes now the plaintiff with this Motion For Relief from having to file a Joint statement for the forthcoming scheduling conference January 12, 2005.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff submits this Motion For Relief to this Honorable Court, seeking relief from having to submit a joint statement as proscribed by the Court's order for a scheduling conference. Where plaintiff only spoke with defendant 10 days before the conference, filing a timely joint statement would be impossible. Therefore, he respectfully submits the accompanying individual statement with a proposed schedule.

Respectfully submitted,

January 5, 2005
Date

*/s/ George Logue*