January 5, 2004

Mr. Robert White
Bourgeois, Dresser, & White
Four Dix Street
Worcester, MA 01609

Re: Logue v. Experian, Inc., Case No. 04-11779 -RCL

Dear Sir:

This letter is being sent to you regarding the aforementioned case and following our telephone conversation of January 3, 2005.

The District Court has entered an order requiring the parties to appear at a scheduling conference on January 12, 2005 at 2:30 p.m., before Judge Lindsay. This order had required you and I to meet, as I mentioned - no later than December 22, 2004 – for the purpose of:

(1) preparing an agenda of matters to be discussed at the scheduling conference on January 12, 2004;

(2) preparing a proposed pretrial schedule for the case that includes a plan for discovery; and

(3) considering whether we will consent to trial by magistrate judge.

The order had also required us to prepare a Joint Statement to be filed with the Court no later than January 3, 2004 (the required content of that Joint Statement is set forth in Local Rule 16.1(D)). However, with all this occurring right at the holidays, and where I have not heard back from you so that we may schedule a meeting in a timely manner, I am submitting the attached individual statement. The Court's order also requires I provide you with a written settlement demand, no later than 10 days in advance of the scheduling conference; that settlement demand remains at the original figure presented in the complaint.

Very truly yours,

George Logue