George Logue
General Delivery
Boston, MA 02205

February, 12, 2005

The Clerk of
The Honorable Judge Lindsay
United States District Court
! Courthouse Way
Boston, MA  02109

RE:  Logue v. Experian, Inc., Case No. 02-11779- RCL

Dear Sir,

This Declaration to Show Cause, as stated in this letter, is being submitted regarding the case noted above and pertaining to the Order entered January 13, 2005.  Unfortunately, and immediately after the court meeting, and what had appeared to have been a productive discussion, defendants failed to make good on their promises and deliverables.  Defense attorneys had assured plaintiff there would be no problem meeting plaintiff's requests.  However, to date, items and requests, have failed to have been submitted by the defendant. In addition, and where plaintiff has been reasonably diligent in pursuing this more amicable route and solution, neither the primary or secondary representatives of Experian have responded in any fashion to attempts at communication.

It is for these reasons that the accompanying motion is submitted to the Court and why plaintiff now, after 30 days, requests the Court to reopen this case in accordance with the conditions set forth and discussed at 2:30 p.m. on January 12, 2005.

Sincerely,

/s/ George Logue
George Logue

cc: motion
Bourgeois, Dresser, & White    Jones Day
Four Dix Street                222 E.41st
Worcester, MA                  NY, NY