UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Logue | ] CIVIL ACTION |
| | ] CASE NO. <u>04-11779</u> - RCL |
| Plaintiff | ] MOTION FOR RELIEF AND |
| | ] REQUEST TO REOPEN |
| v. | ] |
| | ] |
| Experian, Inc. | ] |
| | ] |
| Defendant | ] |
| | ] |

Comes now the plaintiff with this Motion pursuant to Federal Rules of Civil Procedure, and pertaining to the meeting of January 12, 2004 between the parties, and the subsequent court Settlement Order of Dismissal entered January 13, 2005.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, in the above-entitled action respectfully submits this Motion to this Honorable Court seeking relief from Justice Lindsay's Order entered January 13, 2005 regarding settlement between the parties. Attached forthwith is plaintiff's letter to declare and show cause why relief is sought. Plaintiff requests further that the case be reopened, or at the court's discretion and direction, that the case be allowed to be refiled.

Respectfully submitted,

<u>February 12, 2004</u>

*George Logue* (signature)

CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 12th day of February, 2005, I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*George Logue* (signature)

Ms. C. Jennings
Jones Day
222 E. 41st Street
New York, NY 10017