UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 MAR 23 P 4: 29

CIVIL ACTION
DISTRICT OF MASS.

| | |
|---|---|
| George Logue | Case No: 1:04-11779 – RCL |
| Plaintiff | NOTICE OF CHANGE OF ADDRESS |
| v. | |
| Experian, Inc. | |
| Defendants | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff requests that the court file be updated to reflect that Plaintiff's mailing address on record should be General Delivery, Boston, MA 02205.

Respectfully submitted,

March 18, 2005

*[signature]*

### CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the 18th day of March, 2005, I caused a true copy of the document above to be served on the opposing parties as listed below, by serving one copy of same via first class mail postage paid.

*[signature]*

Ms. C. Jennings
Jones Day
222 E. 41st Street
New York, NY  10017