UNITED STATES DISTRICT COURT
District of Massachusetts

| | |
|---|---|
| **GEORGE LOGUE,**<br>　　　　**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION**<br>**SOLUTIONS, INC.,**<br>　　　　**Defendant.** | )<br>)<br>)<br>)　　**Case No.: 04-11779-RCL**<br>)<br>)<br>)<br>) |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S**
**MOTION FOR LEAVE TO FILE A RESPONSE LATE**

　　Defendant Experian Information Solutions, Inc. hereby requests that this Court grant its Motion for Leave to File a Response Late, specifically allowing it to file an opposition to Plaintiff's Motion to Re-Open this Case.

　　As grounds therefore, Defendant states that its failure to timely file an Opposition to Plaintiff's Motion to Re-Open the Case was due to excusable neglect in that Defense counsel did not receive Plaintiff's Motion to Re-Open the Case until mid-February and erroneously assumed that the Court had dismissed the case with prejudice prior to Plaintiff filing his motion.

　　Defendant respectfully requests that this Court allow its Motion for Leave to Respond Late and to file its Opposition to Plaintiff's Motion to Re-Open this Case, which is submitted herewith.

F:\docs\ExperiL\experiL.009

Respectfully submitted,
Experian Information Solutions, Inc.

By its attorneys

/S/ Robert S. White
Robert S. White, BBO #552229
Bourgeois, Dresser, White & Beard
4 Dix Street
Worcester, MA 01609
Tel. 508-798-8801
Fax 508-754-1943

Christine E. Jennings, Esquire, *Pro Hac Vice*
JONES DAY
222 E. 41st Street
New York, New York 10017
Tel. 212-326-3958
Fax: 212-755-7306

Dated: Worcester, MA
　　　　March 31, 2005

## CERTIFICATE OF SERVICE

Robert S. White, attorney for Defendant, certifies and declares under penalty of perjury that on March 31, 2005 he caused the foregoing document to be served via first class U.S. mail, properly addressed, to the following:

George Logue
General Delivery
Boston, MA 02205
Plaintiff, *Pro Se*

/S/ Robert S. White
Robert S. White